No. ——. Original. *Ex parte:* IN THE MATTER OF PAUL BUKVA, PETITIONER. Submitted March 13, 1916. Decided March 20, 1916. Motion for leave to file petition for writ of mandamus denied. *Mr. William Wilhelm* for the petitioner.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF WILLIAM SAGE, JR., PETITIONER. Submitted March 17, 1916. Decided March 20, 1916. Motion for leave to file petition for writ of mandamus denied. *Mr. Edward A. Alexander* for the petitioner.